UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION.,

Plaintiff,

-against-

AUGUST J. LIGUORI, et al.,

Defendants.

**ORDER**

25-CV-09469 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on August 3, 2026. (Doc. 24). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on September 2, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on September 2, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to October 15, 2026 and directs that all of the materials required under Rules 6(A), 6(B), and 6(D) shall be submitted by October 15, 2026. Additionally, the Court adjourns the case management conference scheduled for October 14, 2026, *sine die*.

Dated: White Plains, New York
September 15, 2026

Philip M. Halpern
United States District Judge